# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE P. WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LEROY BACA, *et al.*,<br><br>　　　　Defendants. | Case No. CV 13-6605 BRO (JCG)<br><br>**JUDGMENT** |

　　IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Court's Order Granting Plaintiff's Request to Dismiss Case and Dismissing Civil Rights Action Without Prejudice.

DATED: 2/13/2014

_____
HON. BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE